**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01574-CV

### IN THE INTEREST OF D.C, ET AL, MINOR CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-0462X**

## ORDER

We **GRANT** appellant's April 15, 2013 unopposed second motion for an extension of time to file a brief. Appellant shall file her brief on or before May 21, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE